UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MERQUI MANON SOSA,

                Plaintiff,

              - against -

CHASE MANHATTAN BANK; JEAN MANON;
MERRILL N. RUBIN; KEVIN DELOATCH; and
DEBBIE ANN MORLEY,

              Defendants.
-----------------------------------------------------------X

**ORDER**
08-CV-3164 (ENV)(LB)

**BLOOM, United States Magistrate Judge:**

By letter dated December 29, 2009, plaintiff states defendant Morley returned his papers served on her by mail. See docket entry 56. However, defendant Morley has filed a reply to plaintiff's opposition papers. See docket entry 33. Therefore, plaintiff need not reserve these documents on Morley.

SO ORDERED.

                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: January 26, 2010
       Brooklyn, New York